IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

RYAN M. JENNINGS and MARIAH L.
BECKWITH,

Defendants.

8:25-CR-218

**PRELIMINARY ORDER OF
FORFEITURE**

This matter is before the Court on the Government's Motion for Preliminary Order of Forfeiture. Filing 60. The Court has reviewed the record in this case and, being duly advised in the premises, finds as follows:

1. On May 11, 2026, the Court held a change of plea hearing for defendant Ryan M. Jennings and Jennings entered a plea of guilty to Counts I and II of the Indictment and admitted to the Forfeiture Allegation of the Indictment. Filing 43 (Text Minute Entry); Filing 42 (Plea Agreement). The Court subsequently accepted Jennings's plea of guilty. Filing 58.

2. Count I of the Indictment charged Jennings with violating 21 U.S.C. § 841(a)(1) and 21 U.S.C. § 841(b)(1). Filing 1 at 1.

3. Count II of the Indictment charged Jennings with violating 18 U.S.C. § 924(c)(1)(A). Filing 1 at 1–2.

4. On May 19, 2026, the Court held a change of plea hearing for defendant Mariah L. Beckwith and Beckwith entered a plea of guilty to Count IV of the Indictment and admitted to the

1

Forfeiture Allegation of the Indictment. Filing 49 (Text Minute Entry); Filing 54 (Plea Agreement). The Court subsequently accepted Beckwith's plea of guilty. Filing 59.

5. Count IV of the Indictment charged Beckwith with violating 18 U.S.C. § 922(d)(1) and 18 U.S.C. § 924(a)(8). Filing 1 at 2–3.

6. The Forfeiture Allegation sought forfeiture, pursuant to 21 U.S.C. § 853, of a Ruger P95 9mm handgun; a Black Wards Western Field Model 35 12 ga. Shotgun; a Springfield Armory XDM 40 .40 S&W caliber handgun; a GForce Arms GF3 Model PAX 12 ga. Shotgun; a Komando/Dickinson LLC XX2T 12 ga. Shotgun; a Taurus PT111 G2 Millenium G2 9mm handgun; and a Smith & Wesson M&P 9 Shield Plus 9mm handgun, as property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of such offense and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offense.

7. By virtue of their guilty pleas and admissions to the Forfeiture Allegation, Jennings and Beckwith have forfeited their interest in the above-referenced property, and the Government is entitled possession of any interest Jennings and Beckwith have in the above-referenced property pursuant to 21 U.S.C. § 853.

8. The Government's Motion for Preliminary Order of Forfeiture should be granted.

IT IS ORDERED:

1. The Government's Motion for Preliminary Order of Forfeiture, Filing 60, is granted.

2. Based upon the Forfeiture Allegation of the Indictment, Filing 1, and the defendants' guilty pleas and admissions to the Forfeiture Allegation, the Government is hereby authorized to seize the Ruger P95 9mm handgun; the Black Wards Western Field Model 35 12 ga. Shotgun; the Springfield Armory XDM 40 .40 S&W caliber handgun; the GForce Arms GF3 Model PAX 12 ga. Shotgun; the Komando/Dickinson LLC XX2T 12 ga. Shotgun; the Taurus PT111 G2 Millenium G2

2

9mm handgun; and the Smith & Wesson M&P 9 Shield Plus 9mm handgun (collectively, the Property).

3. The defendants' interest in the Property is hereby forfeited to the Government for disposition in accordance with the law, subject to the provisions of 21 U.S.C. § 853(n)(1).

4. The Property is to be held by the Government in its secure custody and control.

5. Pursuant to 21 U.S.C. § 853(n)(1), the Government shall publish for at least thirty consecutive days on an official internet Government forfeiture site, www.forfeiture.gov, notice of this Preliminary Order of Forfeiture, notice of publication evidencing the Government's intent to dispose of the Property in such manner as the Attorney General may direct, and notice that any person, other than the defendants, having or claiming a legal interest in the Property must file a Petition with the Court within thirty days of the final publication of notice or of receipt of actual notice, whichever is earlier.

6. The published notice shall state that the Petition referred to in Paragraph 5, above, shall be for a hearing to adjudicate the validity of the Petitioner's interest in the Property, shall be signed by the Petitioner under penalty of perjury, and shall set forth the nature and extent of the Petitioner's right, title, or interest in the Property and any additional facts supporting the Petitioner's claim and the relief sought.

7. The Government may also, to the extent practicable, provide direct written notice to any person known to have an interest in the Property as a substitute for published notice as to those persons so notified.

8. Upon adjudication of all third-party interests, this Court will enter a Final Order of Forfeiture pursuant to 21 U.S.C. § 853(n), in which all interests will be addressed.

Dated this 17th day of July, 2026.

BY THE COURT:

Brian C. Buescher
United States District Judge