IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>vs.<br><br>RYAN M. JENNINGS,<br>Defendant. | **8:25-CR-218**<br><br>**ORDER** |

This matter is before the Court on the Government's Motion to Extend. Filing 64. The Government seeks "an order continuing the deadline to file its sentencing brief to July 27, 2026." Filing 64 at 1. The Court previously extended the defendant's deadline to submit sentencing materials to July 27, 2026. Filing 63 (Text Order). Consistent with the Order on Sentencing Schedule, which provides both parties with the same deadline to submit motions and objections, the Court will likewise extend the Government's deadline to submit those documents to July 27, 2026. *See* Filing 45 at 1–2. Other sentencing documents, such as exhibits, character letters, or sentencing memoranda, remain subject to the deadline set forth in NECrimR 32.1(b)(10). Accordingly,

IT IS ORDERED that the Government's Motion to Extend, Filing 64, is granted as to defendant Ryan M. Jennings. The Government shall submit sentencing materials no later than July 27, 2026. Sentencing remains scheduled for August 19, 2026, at 10:30 a.m.

Dated this 24th day of July, 2026.

BY THE COURT:

Brian C. Buescher
Chief United States District Judge