IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RYAN M. JENNINGS and MARIAH L. BECKWITH,<br><br>Defendants. | **8:25CR218**<br><br>**FINAL ORDER OF FORFEITURE** |

This matter is before the Court on the United States' Motion for a Final Order of Forfeiture. Filing 104. Having reviewed the record in this case, the Court finds as follows:

1. On July 17, 2026, the Court entered a Preliminary Order of Forfeiture forfeiting Defendants' interest in:

   a. Ruger P95 9mm handgun;

   b. Black Wards Western Field Model 35 12 ga. Shotgun;

   c. Springfield Armory XDM 40 .40 S&W caliber handgun;

   d. GForce Arms GF3 Model PAX 12 ga. Shotgun;

   e. Komando/Dickinson LLC XX2T 12 ga. Shotgun;

   f. Taurus PT111 G2 Millenium G2 9mm handgun; and

   g. Smith & Wesson M&P 9 Shield Plus 9mm handgun (hereinafter "Property").

Filing 61.

2. Notice of Criminal Forfeiture was posted on an official internet government forfeiture site, www.forfeiture.gov, for at least thirty consecutive days, beginning on July 18, 2026, as required by 21 U.S.C. § 853(n)(1) and Rule 32.2(b)(6)(C) of the Federal Rules of

Criminal Procedure. A Declaration of Publication was filed herein on November 20, 2026. Filing 103.

3. The United States advises the Court that no party has filed a petition in this matter regarding the Property. From a review of the Court file, the Court finds that no person or entity has filed a petition.

4. The Motion for Final Order of Forfeiture should be granted.

IT IS ORDERED:

1. The Plaintiff's Motion for Final Order of Forfeiture, Filing 104, is granted;

2. All right, title and interest in the Ruger P95 9mm handgun; Black Wards Western Field Model 35 12 ga. Shotgun; Springfield Armory XDM 40 .40 S&W caliber handgun; GForce Arms GF3 Model PAX 12 ga. Shotgun; Komando/Dickinson LLC XX2T 12 ga. Shotgun; Taurus PT111 G2 Millenium G2 9mm handgun; and Smith & Wesson M&P 9 Shield Plus 9mm handgun seized from the Defendants, held by any person or entity are forever barred and foreclosed;

3. The Ruger P95 9mm handgun; Black Wards Western Field Model 35 12 ga. Shotgun; Springfield Armory XDM 40 .40 S&W caliber handgun; GForce Arms GF3 Model PAX 12 ga. Shotgun; Komando/Dickinson LLC XX2T 12 ga. Shotgun; Taurus PT111 G2 Millenium G2 9mm handgun; and Smith & Wesson M&P 9 Shield Plus 9mm handgun are forfeited to the Government; and

4. The Government is directed to dispose of the Ruger P95 9mm handgun; Black Wards Western Field Model 35 12 ga. Shotgun; Springfield Armory XDM 40 .40 S&W caliber handgun; GForce Arms GF3 Model PAX 12 ga. Shotgun; Komando/Dickinson LLC XX2T 12 ga.

Shotgun; Taurus PT111 G2 Millenium G2 9mm handgun; and Smith & Wesson M&P 9 Shield Plus 9mm handgun in accordance with the law.

Dated this 24th day of November, 2026.

BY THE COURT:

Brian C. Buescher
Chief United States District Judge